**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-21321 | JRS | Judge: | James R. Sacca | Trustee Name: | Bradley J. Patten |
|---|---|---|---|---|---|---|
| Case Name: | Ace Roofing & Sons Incorporated | | | | Date Filed (f) or Converted (c): | 07/06/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/15/2016 |
| For Period Ending: | 12/31/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Brand Banking business checking account | 2,700.00 | 0.00 | | 0.00 | FA |
| 2. 2014 Toyota Tundra | 36,407.00 | 0.00 | | 0.00 | FA |
| 3. Claim against Joey Crawford, State Court of Jackson County, | Unknown | Unknown | | 0.00 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $39,107.00 | $0.00 | $0.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Chapter 7 Trustee is continuing to evaluate Asset Number 3.

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:    /s/ Bradley J. Patten    Date: 01/31/2017

Bradley J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA  30503
(770) 536-3381